# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| JEFFERY FREELAND, | : |
| | : |
| Plaintiff, | : |
| | : Civil Action |
| v. | : File No.: 2:18-CV-000169 RWS |
| | : |
| TRISTAR PRODUCTS, INC., | : |
| | : |
| Defendant. | : |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff Jeffery Freeland and Defendant Tristar Products, Inc., by and through the undersigned counsel, and hereby stipulate to the dismissal of Plaintiff's claims against Defendant Tristar Products, Inc. in the above-styled civil action with prejudice. The clerk is authorized to mark this action as "Dismissed With Prejudice" as to the claims of Plaintiff against Tristar Products, Inc. The parties shall bear their own respective fees and costs.

This 12th day of December, 2019.

LAW OFFICES OF THOMAS P. WILLINGHAM PC

*/s Mary Leah Miller*
Thomas P. Willingham, Esq.

Georgia Bar No. 235049
Mary Leah Miller, Esq.
Georgia Bar No. 933581
517 Beacon Parkway West
Birmingham, AL 35209
tom@tpwpc.com
maryleah@tpwpc.com

**LAW & MORAN**
E. Michael Moran, Esq.
Georgia Bar No. 521602
Peter A. Law, Esq.
Georgia Bar No. 439655
563 Spring Street NW
Atlanta, GA 30308
mike@lawmoran.com
pete@lawmoran.com

*Counsel for Plaintiff*

**Huff, Powell & Bailey, LLC**

*s/ Philip A. Henderson*
*Signed by Plaintiff w/ express permission*
Michael R. Boorman, Esq.
Georgia Bar No. 067798
Philip A. Henderson, Esq.
Georgia Bar No. 604769
999 Peachtree Street NE
Suite 950
Atlanta, GA  30309
mboorman@huffpowellbailey.com
phenderson@huffpowellbailey.com

*Counsel for Tristar Products, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 12th day of December, 2019.

*/s/ Mary Leah Miller*
Thomas P. Willingham, Esq.
Mary Leah Miller, Esq.
